

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00910-CR

Jermaine Thomas **WITTY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13722
Honorable Mark R. Luitjen, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_____
Sandee Bryan Marion, Chief Justice